IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CLARENCE SMITH )
)
v. ) NO. 3-11-0468
) JUDGE CAMPBELL
WAFFLE HOUSE, INC. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 22). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The jury trial set for January 29, 2013, and the pretrial conference set for January 18, 2013, are canceled, and the Clerk is directed to close the file. Any other pending Motions are denied as moot, and this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE